No. 03–10902. WATSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10903. UFOMADUH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–10904. ROBINSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10906. DAVIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10907. CARPENTER v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10909. HARVEY v. STALDER, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. Sup. Ct. La. Certiorari denied.

No. 03–10910. HUNT v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–10912. GUILLORY v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10913. FREEMAN v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 03–10914. HINES v. MCLEOD, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–10915. LUGO VELEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–10916. HERRINGTON v. HUMPHREY, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 03–10917. HAMILTON v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 03–10918. GIVENS v. FINN, WARDEN. C. A. 9th Cir. Certiorari denied.